UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas J. Charles,

    Plaintiff,

vs.

Pentagroup Financial, LLC,

    Defendant.

Civil File No. 07-cv-1644 PJS/JJG

**NOTICE OF DISMISSAL**

---

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: June 6, 2007

**SCRIMSHIRE, MARTINEAU, GONKO & VAVRECK, PLLC**

Mark L. Vavreck (#0318619)
Attorneys for Plaintiff
P.O. Box 6448
Minneapolis, MN 55406
(612) 590-5526