UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THOMAS J. CHARLES,                                Civil No. 07-CV-1644 (PJS/JJG)

      Plaintiff,

v.                                                ORDER OF DISMISSAL

PENTAGROUP FINANCIAL, LLC,

      Defendant.

---

Based upon the Notice of Dismissal filed by the plaintiff on June 6, 2007 [Civil Docket No. 2],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: June 12, 2007                              s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge